IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Case No. 04-CR-00333-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JUSTIN DARCELLE HACKETT,

    Defendant.

---

FINDINGS OF FACT, CONCLUSIONS OF LAW and REASONS
FOR ORDER OF DETENTION

---

    This matter comes before the court on September 24, 2008, for preliminary hearing on the Petition to Revoke Probation and Detention Hearing. The defendant waived his preliminary hearing on the Petition to Revoke Probation. The defendant is not contesting detention. The court has further taken judicial notice of the court's file, the presentence report, the pretrial services reported dated August 19, 2004, and has considered applicable Federal Rules of Criminal Procedure. The court now being fully informed makes the following findings of fact, conclusions of law and order.

    As to the issue of probable cause, I find probable cause has been established that the defendant has violated his probation as alleged in the Petition to Revoke Probation based upon defendant's wavier of preliminary hearing.

    Under Federal Rule of Criminal Procedure 32.1, the court "may release or detain the [defendant] under 18 U.S.C. § 3143(a) pending further proceedings. The burden of establishing that the person will not flee or pose a danger to any other person or to the community rests with the [defendant]." Here, the defendant has not sustained his burden of establishing that he will not flee or fail to appear at future proceedings.

    Under the circumstances, I find that no condition or combination of conditions of release will reasonably assure the appearance of the defendant. Accordingly, I order the defendant detained without bond.

    Done this 24th day of September, 2008.

    BY THE COURT

    S/ Michael J. Watanabe
    Michael J. Watanabe
    U.S. Magistrate Judge